MISSOURI-KANSAS PIPE LINE COMPANY,
a corporation in receivership,
Petitioner Below, Appellant,

*vs.*

DUPUY G. WARRICK,
Respondent Below, Appellee.

*Supreme Court, on Appeal, October* 28, 1941.

LAYTON, C. J., and RICHARDS, RODNEY, SPEAKMAN, and TERRY, JJ., sitting.

*Logan & Duffy,* for appellant.

*Caleb S. Layton,* of Richards, Layton & Finger, for appellee.

PER CURIAM. This is an appeal from a decree of the Court of Chancery permanently enjoining Missouri-Kansas Pipe Line Company from prosecuting an action at law against Dupuy G. Warrick.

The Chancellor, in an opinion reported *ante p.* 177, 15 *A.* 2d 298, correctly determined the questions presented. The decree appealed from is sustained.